IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL LYON,

    Plaintiff,

vs.                                                    No. CIV 24-0003 JB/SCY

ANDRUS TRANSPORTATION SERVICES,
INC., ROBERT TIMMONS, and
WMC STEEL, LLC,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Order, filed March 11, 2025 (Doc. 53)("Order"); and (ii) the Stipulated Order Dismissing Plaintiff's Claims Against Defendants Andrus Transportation Services Inc. and Robert Timmons With Prejudice, filed March 12, 2025 (Doc. 54)("Stipulated Order"). In the Order, the Court dismisses Defendant WMC Steel from this case. See Order at 1. In the Stipulated Order, the Court dismisses Plaintiff Daniel Lyon's claims against Defendants Andrus Transportation Services and Robert Timmons with prejudice. See Stipulated Order at 1. With no more claims, parties, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this civil case.

**IT IS ORDERED** that: (i) the Plaintiff's First Amended Complaint to Recover Damages for Personal Injuries and Jury Demand (filed November 30, 2023, County of Bernalillo, Second Judicial District Court, State of New Mexico), filed in federal court January 2, 2024 (Doc. 1-3), is dismissed; (ii) the Plaintiff's claims against Defendants Andrus Transportation Services, Inc., and Robert Timmons are dismissed with prejudice; (iii) this case is dismissed; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Laura Pazin Porter
Begum & Cowen
San Antonio, Texas

--and--

Michael Cowen
Cowen Rodriguez Peacock
San Antonio, Texas

 *Attorneys for the Plaintiff*

J. Douglas Compton
Compton & Associates
Albuquerque, New Mexico

--and--

Matthew Roger Martinez
Mariam A. Sher
Lewis Brisbois Bisgaard & Smith LLP
Albuquerque, New Mexico

 *Attorneys for Defendants Andrus Transportation Services, Inc. and Robert Timmons*

Armand D. Huertaz
Sean E. Garrett
YLaw, P.C.
Albuquerque, New Mexico

 *Attorneys for Defendant WMC Steel, LLC*